FILED

UNITED STATES DISTRICT COURT     2018 MAY 24  PM 4:30
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.     8:18-cr-250-T-24MAS

RONALD MANNS SEAMAN, JR.                           18 U.S.C. § 2252(a)(1)
                                                   18 U.S.C. § 2252(a)(4)(B)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about May 22, 2017, in the Middle District of Florida, the
defendant,

RONALD MANNS SEAMAN, JR.

did knowingly transport and ship, using any means and facility of interstate
and foreign commerce, any visual depiction, when the production of the visual
depiction involved the use of a minor engaging in sexually explicit conduct,
and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(1) and (b)(1).

## COUNT TWO

On or about March 22, 2018, in the Middle District of Florida, and elsewhere, the defendant,

### RONALD MANNS SEAMAN, JR.

did knowingly possess a matter which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, which depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1.     The allegations contained in Count One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.     Upon conviction of the violation of 18 U.S.C. § 2252(a)(1) charged in Count One or the violation of 18 U.S.C. § 2252(a)(4)(B) charged in Count Two, the defendant,

### RONALD MANNS SEAMAN, JR.,

2

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his interest in:

      a.     Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

      b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

      c.     Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

      3.     The property to be forfeited includes, but is not limited to, the following:

      i.     Dell Inspiron Laptop, serial number 9509142; and

      ii.     Western Digital Hard Drive, serial number WX71A30X1074.

      4.     If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:    _____
Jennifer L. Peresie
Assistant United States Attorney

By:    _____
Stacie B. Harris
Assistant United States Attorney
Chief, Major Crimes Section

4

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

SEAMAN  KE

RONALD MANNS SEAMN, JR.

## INDICTMENT

Violations:   18 U.S.C. § 2252(a)(1)
18 U.S.C. § 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 24th day of May 2018.

_____
Clerk

Bail $_____